# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:17-bk-32391 |
| NORA LYN HRUSKA | Chapter 7 |
| | Honorable LaShonda A. Hunt |
| Debtor(s) | |

## NOTICE OF MOTION

To: *See attached service list*

Benevolent Caregivers, Inc.
611 Parkway Drive
Wheaton, Illinois 60184

Benevolent Caregivers, Inc.
c/o Poznak Law Firm
2001 Midwest Road
Suite 206
Oak Brook, Illinois 60523

PLEASE TAKE NOTICE that on August 14, 2019 at 10:00 a.m., the undersigned will appear before the Honorable Honorable LaShonda A. Hunt at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 719, Chicago, Illinois 60604 and will then and there present **DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE** a copy of which is hereby served upon you.

*/s/ Joseph S. Davidson*

Joseph S. Davidson
Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-32391<br>Northern District of Illinois<br>Eastern Division<br>Tue Jul 30 15:16:10 CDT 2019 | Wilmington Savings Fund Society, FSB, d/b/a<br>c/o Codilis & Associates, P.C.<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Audit Systems Incorporated<br>3696 Ulmerton Rd<br>Suite 200<br>Clearwater FL 33762-4237 | Benevolent Caregivers, Inc.<br>c/o Poznak Law Firm<br>2001 Midwest Rd., Suite 206<br>Oak Brook, IL 60523-4392 | Commonwealth Edison Co<br>3 Lincoln Center<br>Attn: Bankruptcy  Section<br>Oak Brook Terrace IL 60181-4204 |
| Credit One Bank, N.A.<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank, N.A.<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | ERC/Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Rd<br>Jacksonville Fl 32256-7412 |
| First Premier Bank<br>3820 N. Louise Ave.<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>601 S. Minnesota Ave.<br>Sioux Falls, SD 57104-4868 | MaxLend<br>217 3rd Ave. NE<br>Parshall, ND 58770 |
| Rushmore Loan<br>Management Services<br>P O Box 55004<br>Irvine, CA 92619-5004 | Stoneberry<br>P O Box 2820<br>Monroe, WI 53566-8020 | Eugene Crane<br>Crane Simon Clar & Dan<br>135 S Lasalle Ste 3705<br>Chicago, IL 60603-4101 |
| Joseph S Davidson<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave<br>Suite 200<br>Lombard, IL 60148-7103 | Nora Lyn Hruska<br>7303 W. 111th Street<br>Worth, IL 60482-1759 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)ERC/Enhanced Recovery Corp.<br>Attn: Bankruptcy<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     1<br>Total                  18 |

## **CERTIFICATE OF SERVICE**

      I, Joseph Scott Davidson, an attorney, hereby certify that on July 30, 2019, **DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE** was filed with the Clerk of the Court of the United States Bankruptcy Court for the Northern District of Illinois by using the CM/ECF system. I have mailed this document by United States Postal Service Certified Mail, postage prepaid to:

| | |
|---|---|
| Benevolent Caregivers, Inc.<br>611 Parkway Drive<br>Wheaton, Illinois 60184 | Benevolent Caregivers, Inc.<br>c/o Poznak Law Firm<br>2001 Midwest Road<br>Suite 206<br>Oak Brook, Illinois 60523 |

                                      */s/ Joseph S. Davidson*

                                      Joseph S. Davidson
                                      Mohammed O. Badwan
                                      **SULAIMAN LAW GROUP, LTD.**
                                      2500 South Highland Avenue
                                      Suite 200
                                      Lombard, Illinois 60148
                                      +1 630-575-8181
                                      jdavidson@sulaimanlaw.com
                                      mbadwan@sulaimanlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: <br><br> NORA LYN HRUSKA <br><br><br> Debtor(s) | Case No. 1:17-bk-32391 <br><br> Chapter 7 <br><br> Honorable LaShonda A. Hunt |

## DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE

NORA LYN HRUSKA (the "Debtor"), through counsel, SULAIMAN LAW GROUP, LTD., pursuant to 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure, moves to reopen his Chapter 13 case to enforce terms of the Order Confirming Plan, and in support thereof, states as follows:

1. A petition under Chapter 7 was filed on October 30, 2017.

2. The bankruptcy case closed with discharge on February 9, 2018.

3. Debtor requests that this court enter an order reopening this bankruptcy case pursuant to 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure to seek sanctions against Benevolent Caregivers, Inc. for the willful violation of the automatic stay.

Dated: July 30, 2019                                  Respectfully submitted,

**NORA LYN HRUSKA**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
+1 630-575-8181

jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com